**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Kevin Maurice SMITH, Defendant-Appellant.**

No. 16-7051

United States Court of Appeals,
Fourth Circuit.

Submitted: December 7, 2016

Decided: December 16, 2016

Kevin Maurice Smith, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Maurice Smith appeals the district court's order denying his Fed. R. Crim. P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Smith, No. 1:98-cr-00369-NCT-1 (M.D.N.C. July 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED